# CIVIL COVER SHEET

County in which action arose: WAYNE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Ebony Curley

**DEFENDANTS**
Detroit Public Schools Officer Ronald Hendon and Detroit Public School Officer Jon-Paul Kraft-Golz

(b) County of Residence of First Listed Plaintiff: Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Wayne
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Romano Law, PLLC, Daniel Romano (P 49117) 26555 Evergreen Road, Ste. 1500 Southfield, MI. 48076 (248)750-0270

Attorneys (If Known)
Theophilus E. Clemons (P 47991) Detroit Public Schools Office Of The General Counsel, 3011 W. Grand Blvd. Ste. 1000, Detroit, MI. 48202 (313) 873-4527

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
42 USC 1983
Brief description of cause:
Excessive Force and Illegal Search and Seizure in violation of 4th Amendment.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $25,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE GERSHWIN A. DRAIN WAYNE CIRCUIT COURT
DOCKET NUMBER 11-013665NO

DATE
February 29, 2012

SIGNATURE OF ATTORNEY OF RECORD
[signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EBONY CURLEY

Plaintiff,

USDC No. 12-10915

Wayne Circuit Court No.
11- 013665-NO

vs

DETROIT PUBLIC SCHOOL OFFICER
RONALD HENDON and,
DETROIT PUBLIC SCHOOL OFFICER
JON-PAUL KRAFT-GOLZ,

Defendants.

---

**ROMANO LAW P.L.L.C**
**DANIEL G. ROMANO (P49117)**
**GORDANA MISOVSKI (P 66381)**
Attorneys for Plaintiffs
26555 Evergreen Road, Ste. 1500
Southfield, MI. 48076
(248) 750-0270
(248) 936-2105 (facsimile)

**THEOPHILUS E. CLEMONS (P47991)**
**ASSISTANT GENERAL COUNSEL**
**DETROIT PUBLIC SCHOOLS**
Office of the General Counsel
Attorney for Defendant Hendon and Kraft-Golz
3011 W. Grand Blvd., Ste. 1000
Detroit, MI. 48202
(313) 873-4527
(313) 873-4564 (facsimile)
theophilus.clemons@detroitk12.org

---

**DEFENDANTS RONALD HENDON & JON-PAUL KRAFT-GOLZ'S JOINT NOTICE OF REMOVAL**

NOW COMES Defendants Ronald Hendon & Jon-Paul Kraft-Golz, by and through their undersigned counsel, and hereby give notice of removal of the above-captioned action to the United States District Court for the Eastern District of Michigan, and in support state as follows:

1. A civil action has been commenced and is now pending in the Wayne County Circuit Court, Case No, 11-013665 NO, wherein EBONY CURLEY is the Plaintiff and DETROIT PUBLIC SCHOOL OFFICER RONALD HENDON and DETROIT PUBLIC SCHOOL OFFICER JON-PAUL KRAFT-GOLZ are named as Defendants.

2. The above described action is a civil action of which the United States District Courts have original jurisdiction in that Plaintiff claims damages arising from Defendant's alleged violation of the Fourth and Fourteenth Amendments to the United States Constitution. This Court has original jurisdiction of claims arising under the Constitution or laws of the United States pursuant to 28 USC § 1331.

3. Plaintiff also brings state law claims which arise out of the same transaction or occurrence as their United States Constitution claims. Plaintiff's state law claims are so related to his United States Constitution claims that they form part of the same case or controversy and are, therefore, within the supplemental jurisdiction of this Court pursuant to 28 USC § 1367.

4. Removal jurisdiction exists pursuant to 28 USC §§ 1331 and 1441 (a) and (b).

5. This Notice of Removal is timely filed pursuant to 23 USC § 1446 (b) because it is filed within 30 days after receipt on February 1, 2012, by the undersigned attorney through proper service, of a copy of Plaintiff's Complaint And Jury Demand in this matter.

6. Each named Defendant herein consents to and joins in the removal of this action by each other, and any and all other Defendants.

7. Pursuant to 28 USC §1446(d), both Defendants have provided written notice of the filing of this Notice Of Removal to Plaintiffs' counsel and has filed a copy of this Notice Of Removal with the Clerk of the Wayne County Circuit Court, State of Michigan.

8. A copy of Plaintiff's Summons, and Complaint And Jury Demand on each Defendant, which are the only properly served pleadings upon the Defendants through counsel, are attached hereto as Exhibit 1.

WHEREFORE DETROIT PUBLIC SCHOOL POLICE OFFICER RONALD HENDON and DETROIT PUBLIC SCHOOL POLICE OFFICER JON-PAUL KRAFT-GOLZ gives notice that this action is removed from Wayne County Circuit Court to this UNITED STATES DISTRICT COURT.

Respectfully submitted,

s/Theophilus E. Clemons
THEOPHILUS E. CLEMONS (P 47991)
Assistant General Counsel
Detroit Public Schools
Office of the General Counsel
3011 West Grand Blvd., Ste. 1800
Detroit, MI. 48202
(313)873-4527
theophilus.clemons@detroitk12.org

February 29, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that on February 29, 2012, he served a copy of DETROIT PUBLIC SCHOOL OFFICER RONALD HENDON and DETROIT PUBLIC SCHOOL OFFICER JON-PAUL KRAFT-GOLZ Joint Notice of Removal, Civil Cover Sheet and this Certificate of Service upon all counsel of record, via ECF system and U.S. Mail First Class.

s/Theophilus E. Clemons
THEOPHILUS E. CLEMONS (P 47991)
Detroit Public Schools
Office of the General Counsel
3011 West Grand Blvd., Ste. 1000
Detroit, MI. 48202
(313)873-4527
theophilus.clemons@detroitk12.org

February 29, 2012



# SUMMONS AND RETURN OF SERVICE

CURLEY, EBONY V KRAFT GOLZ, JON P
Hon. Gershwin A. Drain 11/03/2011

11-013665-NO

COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226

COURT TELEPHONE NO. (313) 224-

THIS CASE ASSIGNED TO JUDGE: Gershwin A. Drain Bar Number: 12937

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| CURLEY, EBONY | VS | KRAFT GOLZ, JON PAUL |

PLAINTIFF'S ATTORNEY

Romano, Daniel G.
(P-49117)
26555 Evergreen Rd Ste 1500
Southfield, MI 48076-4257
(248) 750-0270

RECEIVED
FEB 0 1 2012
OFFICE OF THE GENERAL COUNSEL
Sever

| CASE FILING FEE | JURY FEE | |
|---|---|---|
| Paid | Paid | |
| ISSUED | THIS SUMMONS EXPIRES | DEPUTY COUNTY CLERK |
| 11/03/2011 | 02/02/2012 | Sterling Harrison |

*This summons is invalid unless served on or before its expiration date.

Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ______________________ Court.

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ______________________ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

The action ☐ remains ☐ is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

2/1/12
Date

Daniel G. Romano
Signature of attorney/plaintiff

SEAL OF THE CIRCUIT COURT OF WAYNE COUNTY MICHIGAN

COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangement.

FORM NO. WC101 REV. (3-98) MC 01 (10/97) **SUMMONS AND RETURN OF SERVICE** MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206 (A)

PLAINTIFF

JURY FEE PAID
DATE: 11/3/11

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

EBONY CURLEY

Plaintiff,

vs.

Case No. 11- NO
Hon.

DETROIT PUBLIC SCHOOL POLICE OFFICER RONALD HENDON and DETROIT PUBLIC SCHOOL POLICE OFFICER JON-PAUL KRAFT-GOLZ

Defendants.

RECEIVED
CATHY M. GARRETT
WAYNE COUNTY CLERK
2011 NOV -3 P 4:26

ROMANO LAW, P.L.L.C.
BY: DANIEL G. ROMANO (P49117)
GORDANA MISOVSKI (P66381)
Attorney for Plaintiff
26555 Evergreen Road, Suite 1500
Southfield, Michigan 48075
248-750-0270 / fax 248-936-2105

There is no other pending or resolved civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint.

## COMPLAINT & DEMAND FOR JURY TRIAL

**NOW COMES** Plaintiff, EBONY CURLEY, by and through her attorneys, ROMANO LAW, PLLC, and complaining against the above-named Defendants, states as follows:



LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

## COMMON ALLEGATIONS

1. That Plaintiff is a resident of the County of Wayne, State of Michigan.

2. Defendants are Detroit Public School police officers in the employ of the Detroit Public Schools, who at all relevant times were acting under color and scope of the authority vested in them

3. That June 7, 2010, Plaintiff EBONY CURLEY received a telephone call from the Clara Rutherford Academy in the City of Detroit advising her that her son had been suspended and she needed to pick him up.

4. Upon arrival at the school, Plaintiff demanded to know why her son was being suspended but nobody would give her any information.

5. Plaintiff left the school and returned with her mother and son in an attempt to find out any information regarding her son's suspension.

6. When Plaintiff returned to the school she was were taken to an office with an administrator and began to discuss the suspension.

7. After resolving the matter and as Plaintiff prepared to leave, she was intercepted by the two Defendant Police Officers who told her that she was not allowed on school property. Plaintiff informed the officers that her two children were students and that was her purpose for being at the school.

8. Defendants told Plaintiff that she was under arrest for being on school grounds, when she asked for an explanation, Defendants puller her, forcefully grabbed her by the wrist, manhandled and pushed her so aggressively that she fell into an adjoining room losing her purse and personal belongings in the process.

9. Defendants used such unreasonable and excessive force against Plaintiff that they succeeded in fracturing her wrist.

10. Plaintiff was taken to jail and charged with disorderly conduct, which charge was eventually dismissed.

11. That Defendants were belligerent, unreasonable and malicious in dealing with the Plaintiff.

12. That the amount in controversy exceeds Twenty-Five Thousand Dollars or is otherwise within the jurisdiction of this court.

13. That Plaintiff has treated with a litany of Medical Professionals for her physical and mental injuries.

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

**COUNT I**
**SECTION 1983 AGAINST INDIVIDUALS**

14. Plaintiff incorporates each of the Common Allegations as though fully stated herein.

15. That 42 USC Section 1983 provides for civil liability for deprivation of any right, privileges and immunities carried by the constitution and laws of the United States and the State of Michigan.

16. That at all times material herein, Defendants were acting under color of law.

17. That at all times material herein, said Defendants subjected Plaintiff to depravation of her rights, privileges and immunity secured by the Constitution of the United States and, more specifically, Amendments 4 and 14 of the laws of the United States and the State of Michigan.

18. That the above referred to customs and practices implemented by Defendants proximately caused the injuries and losses to Plaintiff as alleged herein thereby depriving Plaintiff of rights, privileges and immunities secured by the Constitution and its Amendments.

**WHEREFORE**, Plaintiff demands judgment against Defendants in whatever amount the Plaintiff is entitled together with exemplary and punitive damages, plus interest, costs, and attorney fees.

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

## COUNT II
## ASSAULT AND BATTERY

19. Plaintiff incorporates each of the common allegations contained herein.

20. That Defendants did assault and batter Plaintiff.

21. That Defendants used unnecessary force in detaining Plaintiff and placing her in handcuffs.

**WHEREFORE**, Plaintiff demands judgment against Defendant in whatever amount the Plaintiff is entitled together with exemplary and punitive damages, plus interest, costs, and attorney fees.

## COUNT III
## MALICIOUS PROSECUTION

22. That Plaintiff incorporates each of the General Allegations contained herein

23. That Defendant maliciously caused or procured Plaintiff to be arrested, attached, or in any way proceeded against, by process or civil or criminal action, or in any other manner prescribed by law, to answer to the suit or prosecution.

**WHEREFORE,** Plaintiff demands judgment in his favor and against the Defendant in whatever amount Plaintiff is found to be entitled together with costs, interest, and attorney fees.

ROMANO LAW, P.L.L.C.

BY: ______________________________

DANIEL G. ROMANO (P49117)
GORDANA MISOVSKI (P66381)
Attorney for Plaintiff
26555 Evergreen Road, Suite 1500
Southfield, Michigan 48075
248-750-0270 / fax 248-936-2105

November 3, 2011

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

**DEMAND FOR JURY TRIAL**

**NOW COMES** the above-named Plaintiff, by and through his attorneys, ROMANO LAW, P.L.L.C., and hereby makes formal demand for a trial by jury of the facts and issues involved in this cause of action.

Respectfully submitted,

ROMANO LAW, P.L.L.C.

BY: ______________________________

DANIEL G. ROMANO (P49117)
GORDANA MISOVSKI (P66381)
Attorney for Plaintiff
26555 Evergreen Road, Suite 1500
Southfield, Michigan 48075
248-750-0270 / fax 248-936-2105

Dated November 13, 2011



THIRD CIRCUIT COURT

# SUMMONS AND RETURN OF SERVIC

CURLEY, EBONY v KRAFT GOLZ, JON P
Hon. Gershwin A. Drain
11/03/2011

11-013665-NO

COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226

COURT TELEPHONE NO. (313) 224-

THIS CASE ASSIGNED TO JUDGE: Gershwin A. Drain Bar Number: 12937

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| CURLEY, EBONY | VS | HENDON, RONALD |

PLAINTIFF'S ATTORNEY

Romano, Daniel G.
(P-49117)
26555 Evergreen Rd Ste 1500
Southfield, MI 48076-4257
(248) 750-0270

RECEIVED
FEB 01 2012 Served
OFFICE OF THE GENERAL COUNSEL

| CASE FILING FEE | JURY FEE |
|---|---|
| Paid | Paid |

| ISSUED | THIS SUMMONS EXPIRES | DEPUTY COUNTY CLERK |
|---|---|---|
| 11/03/2011 | 02/02/2012 | Sterling Harrison |

*This summons is invalid unless served on or before its expiration date. Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ______________________ Court.

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ______________________ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

The action ☐ remains ☐ is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date: 2/1/12 Daniel G. Romano
Signature of attorney/plaintiff

SEAL OF THE CIRCUIT COURT OF WAYNE COUNTY MICHIGAN

**COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangement.




STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

EBONY CURLEY

Plaintiff,

vs.

Case No. 11- NO
Hon.

DETROIT PUBLIC SCHOOL POLICE OFFICER RONALD HENDON and DETROIT PUBLIC SCHOOL POLICE OFFICER JON-PAUL KRAFT-GOLZ

Defendants.

______________________________/

RECEIVED
CATHY M. GARRETT
WAYNE COUNTY CLERK
2011 NOV -3 P 4: 25

ROMANO LAW, P.L.L.C.
BY: DANIEL G. ROMANO (P49117)
GORDANA MISOVSKI (P66381)
Attorney for Plaintiff
26555 Evergreen Road, Suite 1500
Southfield, Michigan 48075
248-750-0270 / fax 248-936-2105

______________________________/

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

There is no other pending or resolved civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint.

**COMPLAINT & DEMAND FOR JURY TRIAL**

**NOW COMES** Plaintiff, EBONY CURLEY, by and through her attorneys, ROMANO LAW, PLLC, and complaining against the above-named Defendants, states as follows:

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

**COMMON ALLEGATIONS**

1. That Plaintiff is a resident of the County of Wayne, State of Michigan.

2. Defendants are Detroit Public School police officers in the employ of the Detroit Public Schools, who at all relevant times were acting under color and scope of the authority vested in them

3. That June 7, 2010, Plaintiff EBONY CURLEY received a telephone call from the Clara Rutherford Academy in the City of Detroit advising her that her son had been suspended and she needed to pick him up.

4. Upon arrival at the school, Plaintiff demanded to know why her son was being suspended but nobody would give her any information.

5. Plaintiff left the school and returned with her mother and son in an attempt to find out any information regarding her son's suspension.

6. When Plaintiff returned to the school she was were taken to an office with an administrator and began to discuss the suspension.

7. After resolving the matter and as Plaintiff prepared to leave, she was intercepted by the two Defendant Police Officers who told her that she was not allowed on school property. Plaintiff informed the officers that her two children were students and that was her purpose for being at the school.

8. Defendants told Plaintiff that she was under arrest for being on school grounds, when she asked for an explanation, Defendants puller her, forcefully grabbed her by the wrist, manhandled and pushed her so aggressively that she fell into an adjoining room losing her purse and personal belongings in the process.

9. Defendants used such unreasonable and excessive force against Plaintiff that they succeeded in fracturing her wrist.

10. Plaintiff was taken to jail and charged with disorderly conduct, which charge was eventually dismissed.

11. That Defendants were belligerent, unreasonable and malicious in dealing with the Plaintiff.

12. That the amount in controversy exceeds Twenty-Five Thousand Dollars or is otherwise within the jurisdiction of this court.

13. That Plaintiff has treated with a litany of Medical Professionals for her physical and mental injuries.

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

## COUNT I
## SECTION 1983 AGAINST INDIVIDUALS

14. Plaintiff incorporates each of the Common Allegations as though fully stated herein.

15. That 42 USC Section 1983 provides for civil liability for deprivation of any right, privileges and immunities carried by the constitution and laws of the United States and the State of Michigan.

16. That at all times material herein, Defendants were acting under color of law.

17. That at all times material herein, said Defendants subjected Plaintiff to depravation of her rights, privileges and immunity secured by the Constitution of the United States and, more specifically, Amendments 4 and 14 of the laws of the United States and the State of Michigan.

18. That the above referred to customs and practices implemented by Defendants proximately caused the injuries and losses to Plaintiff as alleged herein thereby depriving Plaintiff of rights, privileges and immunities secured by the Constitution and its Amendments.

**WHEREFORE**, Plaintiff demands judgment against Defendants in whatever amount the Plaintiff is entitled together with exemplary and punitive damages, plus interest, costs, and attorney fees.

**COUNT II**
**ASSAULT AND BATTERY**

19. Plaintiff incorporates each of the common allegations contained herein.

20. That Defendants did assault and batter Plaintiff.

21. That Defendants used unnecessary force in detaining Plaintiff and placing her in handcuffs.

**WHEREFORE**, Plaintiff demands judgment against Defendant in whatever amount the Plaintiff is entitled together with exemplary and punitive damages, plus interest, costs, and attorney fees.

**COUNT III**
**MALICIOUS PROSECUTION**

22. That Plaintiff incorporates each of the General Allegations contained herein

23. That Defendant maliciously caused or procured Plaintiff to be arrested, attached, or in any way proceeded against, by process or civil or criminal action, or in any other manner prescribed by law, to answer to the suit or prosecution.

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

**WHEREFORE,** Plaintiff demands judgment in his favor and against the Defendant in whatever amount Plaintiff is found to be entitled together with costs, interest, and attorney fees.

ROMANO LAW, P.L.L.C.

BY: ______________________________

DANIEL G. ROMANO (P49117)
GORDANA MISOVSKI (P66381)
Attorney for Plaintiff
26555 Evergreen Road, Suite 1500
Southfield, Michigan 48075
248-750-0270 / fax 248-936-2105

November 3, 2011

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270

**DEMAND FOR JURY TRIAL**

**NOW COMES** the above-named Plaintiff, by and through his attorneys, ROMANO LAW, P.L.L.C., and hereby makes formal demand for a trial by jury of the facts and issues involved in this cause of action.

Respectfully submitted,

ROMANO LAW, P.L.L.C.

BY: ______________________________

DANIEL G. ROMANO (P49117)
GORDANA MISOVSKI (P66381)
Attorney for Plaintiff
26555 Evergreen Road, Suite 1500
Southfield, Michigan 48075
248-750-0270 / fax 248-936-2105

Dated November 13, 2011