UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBONY CURLEY,

    Plaintiff,                                          Case No. 12-cv-10915

v.                                                  HONORABLE STEPHEN J. MURPHY, III

DETROIT PUBLIC SCHOOL POLICE
OFFICER RONALD HENDON and
DETROIT PUBLIC SCHOOL POLICE
OFFICER JON-PAUL KRAFT-GOLZ,

    Defendants.
_____/

## JUDGMENT IN A CIVIL CASE

This action having come for trial on the issues of liability and damages before the Court and a jury, and the matter having been duly tried, the jury having duly rendered its verdict for the defendants,

**IT IS ORDERED AND ADJUDGED** that judgment be entered for the defendants, Detroit Public School Police Officer Ronald Hendon and Detroit Public School Police Officer Jon-Paul Kraft-Golz, that the Plaintiff takes nothing, and that the action be **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this eighteenth day of November, 2013.

                                                DAVID J. WEAVER
                                               CLERK OF THE COURT

                                               BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2013, by electronic and/or ordinary mail.

        s/Carol Cohron
        Case Manager